UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KURELL BROWN,

                Plaintiff,

    -v-                                               9:11-CV-1298

R. W. DREYFUS and NORMAN BEZIO,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

KURELL BROWN
Plaintiff pro se
06-A-1186
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN          MICHAEL G. MCCARTIN, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. On April 30,

2013, the Honorable Christian F. Hummel, United States Magistrate Judge, advised, by

Report-Recommendation, that defendants' motion for summary judgment be granted and the

amended complaint be dismissed with prejudice. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's amended complaint is DISMISSED with prejudice.

The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: August 6, 2013
       Utica, New York.